IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KIMBERLY BORDELON                                                                          PLAINTIFF

vs.                                           Civil No. 6:15-cv-06114

CAROLYN W. COLVIN                                                                          DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

    Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 4th day of January 2017.**

                                                        /s/  Barry A. Bryant
                                                        HON. BARRY A. BRYANT
                                                        U. S. MAGISTRATE JUDGE